UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHIL RENEE,

  Plaintiff,

-vs-                                              CASE NO.:  6:17-CV-1802-ORL-22TBS

COMENITY LLC d/b/a
COMENITY CAPITAL BANK,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Plaintiff, Phil Renee, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Dale T. Golden, Esquire and Charles J. McHale, Esquire, GOLDEN SCAZ GAGAIN, PLLC, 201 N. Armenia Ave., Tampa, FL  33609 (dgolden@gsgfirm.com and cmchale@gsgfirm.com).

                                                          */s/Frank H. Kerney, III, Esquire*
                                                          Frank H. Kerney, III, Esquire
                                                          Florida Bar #: 88672
                                                          Morgan & Morgan, Tampa, P.A.
                                                          One Tampa City Center
                                                          201 North Franklin Street, 7th Floor
                                                          Tampa, FL 33602
                                                          Telephone: (813) 223-5505
                                                         Facsimile:  (813) 223-5402
                                                         fkerney@forthepeople.com
                                                         jkneeland@forthepeople.com
                                                         mbradford@forthepeople.com
                                                         *Counsel for Plaintiff*